UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK MAYS,

     Plaintiff,

v.

STELLANTIS N.V., et al.,

     Defendants.

Case No. 25-cv-13663

Honorable Robert J. White

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS INITIAL MOTION TO ALTER OR AMEND THE JUDGMENT, DENYING THE AMENDED MOTION, AND DENYING THE INITIAL MOTION AS MOOT**

---

Derrick Mays commenced this employment discrimination and retaliation action against Stellantis, N.V., the United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW"), and its affiliate, UAW Local 1700. The complaint alleges, among other things, that Stellantis colluded with the Union Defendants to manufacture grounds to discharge Mays from the company's employment. The Court issued a judgment in Stellantis and the Union Defendants' favor on June 25, 2026. (ECF No. 40).

Before the Court is Mays's motion to alter or amend the judgment as well as his motion for leave to amend that motion. (ECF Nos. 41-42). Stellantis responded

in opposition to the initial motion.[1] (ECF No. 44).  The Court will decide both motions without a hearing pursuant to E.D. Mich. LR 7.1(f)(2) and (h)(3).

For the reasons stated in the motion, Mays's request for leave to amend the initial motion is granted.  But since Mays still fails to demonstrate "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice" that would alter the Court's prior decision, reconsideration of the June 25, 2026 judgment is unwarranted. *Betts v. Costco Wholesale Corp.*, 558 F.3d 461, 474 (6th Cir. 2009) (quotation omitted). Accordingly,

IT IS ORDERED that Mays's motion for leave to amend his initial motion to alter or amend the judgment (ECF No. 42) is granted.

IT IS FURTHER ORDERED that Mays's amended motion to alter or amend the judgment (ECF No. 43) is denied.

IT IS FURTHER ORDERED that the initial motion (ECF No. 41) is denied as moot.

---

[1] The Court will not consider Stellantis's response in opposition to the initial motion because it was filed without leave of Court. *See* E.D. Mich. LR(h)(3).

2

Dated: July 15, 2026          s/ Robert J. White
                                              Robert J. White
                                              United States District Judge